```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  COLLEEN R. VILLARREAL
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2739

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   Mag. No. 09-197 KJM
                               )
12         Plaintiff,           )   GOVERNMENT'S MOTION TO DISMISS
                               )   WITHOUT PREJUDICE AND ORDER
13      v.                      )
                               )
14 ANDREI LEVITSKY,             )
                               )   DATE: July 13, 2009
15         Defendant.           )   TIME: 10:00 a.m.
                               )   JUDGE: Hon. Kimberly J. Mueller
16

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal

18 Procedure, plaintiff United States of America, by and through its

19 undersigned attorney, hereby moves this Honorable Court for an

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///
```

Order dismissing without prejudice the criminal complaint in the above entitled matter.

DATED: July 8, 2009

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

                           By:  /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

### ORDER

The government's motion to dismiss the charges without prejudice is granted and defendant is released from federal custody forthwith.

The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

IT IS SO ORDERED.

DATED:  July 8, 2009.

                                      U.S. MAGISTRATE JUDGE